UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:07 CR 351 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| DEBRA J. LIGHTFOOT, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Debra J. Lightfoot, which was referred to the Magistrate Judge with the consent of the parties.

On June 19, 2007, the government filed a five-count indictment against Defendant Debra J. Lightfoot, for Social Security Fraud as defined in Title 42, United States Code, Section 408; False Statements as defined in Title 18, United States Code, Section 1001; Obstruction of Justice as defined in Title 18, United States Code, Section 1503; and Mail Fruad as defined in Title 18, United States Code, Section 1341.

On July 16, 2007 a hearing was held in which Defendant White, entered a plea of not guilty before Magistrate Judge McHargh. On September 11, 2007, Magistrate Judge William H.

Baughman, Jr. received Defendant Lightfoot's plea of guilty to counts 1, and 5, and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.. Magistrate Judge Baughman filed his R&R on September 11, 2007.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Lightfoot is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Lightfoot is adjudged guilty of Count One in violation of Title 42 Section 408; and Count Five in violation of Title 18 Section 1341 . This matter is referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on December 11, 2007, at 2:00 p.m. in Courtroom 17-A.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE